

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00335-CV

| | | |
|---|---|---|
| IN RE D.D., Relator | § | Original Proceeding |
| | § | 325th District Court of Tarrant County, Texas |
| | § | Trial Court No. 325-741045-23 |
| | § | July 31, 2025 |
| | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered relator's petition for writ of mandamus and holds that the petition should be conditionally granted. Accordingly, we conditionally grant the writ of mandamus and direct the trial court to vacate its May 27, 2025 order discharging relator's appointed appellate counsel.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
Justice Wade Birdwell